*George H. Winsor* v. *Daniel Orcutt, jun. et al. The Same* v. *D. Orcutt, jun., A. Wood and L. Westover.* A. J. PARKER, for appellant; H. VANDER LYN, for respondents. Decrees appealed from affirmed with costs.

*John Van Amringe et al.* v. *Augustus Van Amringe et al.* N. DANE ELLINGWOOD, for appellant; H. F. CLARK, for respondent. Order appealed from affirmed with costs.